# UNITED STATES DISTRICT COURT

for

Delaware

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Breyon Richardson

Case Number: 0311 1:16CR00064-001

Name of Sentencing Judicial Officer: Honorable Gregory M. Sleet

Date of Original Sentence: 02/22/2017

Original Offense:
Possession of a firearm by a person prohibited by a valid protection from abuse order

Original Sentence: Prison 222D, TSR 36M

Type of Supervision: TSR                    Date Supervision Commenced: 02/22/2017

Assistant U.S. Attorney: Graham Lewis Robinson, Esquire

Defense Attorney: Eleni Kousoulis, Esquire

## PETITIONING THE COURT

☐ To issue a warrant

☐ To issue a summons

■ To schedule the defendant's Initial Appearance in this matter for March 14, 2018, which is the same day that he has a Detention Hearing for Case Number 1:18-00038M-1.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| One | Mandatory Condition: The defendant shall not commit another federal, state, or local crime. <br><br> Evidence: On March 8, 2018, Mr. Richardson appeared before the Honorable Sherry R. Fallon, U.S. Magistrate Judge for the District of Delaware, for his Initial Appearance. Mr. Richardson has been charged by Criminal Complaint with 18 U.S.C Section 922 (g)(1), felon in possession of a firearm. These charges remain unresolved in U.S. District Court under case number 1:18-00038M-1. |
| Two | Mandatory Condition: The defendant shall not commit another federal, state, or local crime. <br><br> Evidence: On March 6, 2018, Mr. Richardson was arrested by the New Castle County Police Department and charged with Assault Third Degree (Two Counts), Offensive Touching, and Terroristic Threatening (Three Counts.) |

PROB 12C
(12/04)

| Violation Number | Nature of Noncompliance |
|---|---|
| Two | According to the charge summary filed by New Castle County Police Department, Mr. Richardson is alleged to have physically assaulted his ex-girlfriend, her mother, and her friend. He fled from the scene of the incident and went to his home. Officers breached the front door of his home, and informed the defendant that a canine would be released if he did not exit the residence. At that point he surrendered to the officers. These charges remain pending in Justice of the Peace Court 2. |

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

■ **revoked.**

☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

It is respectfully recommended that the petition be approved so Mr. Richardson can appear before the Court to answer to the alleged violation of supervised release. Mr. Richardson is currently in federal custody pending his new federal charge (case number 1:18-00038M-1). A Detention Hearing has been scheduled for Wednesday, March 14, 2018, at 10:00 a.m. before the Honorable Sherry R. Fallon, U.S. Magistrate Judge. This officer is respectfully recommending that his Initial Appearance be scheduled for the same day.

A formal dispositional report will be submitted to the Court prior to the Revocation Hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/8/18

Reviewed by: _____

U.S. Probation Officer

**THE COURT ORDERS:**

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

☐ Schedule the defendant's Initial Appearance in this matter for March 14, 2018, which is the same day that he has a Detention Hearing for Case Number 1:18-00038M-1.

Signature of Judicial Officer

3/9/18
Date